ORTRUD B. T. FLOOD, Appellant, v. THEODORE H. THIESING, Respondent, et al., Defendants.

Argued October 14, 1948; decided November 18, 1948.

*Eli H. Bronstein* and *George F. Händel* for appellant.
*William F. McNulty* for respondent.

Order affirmed, without costs. Questions certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.